IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____D.C.

**05 SEP 23  PM 4: 40**

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | Criminal No. 05 - 20237 M1 |
| Donnell Campbell | **(60-Day Continuance)** |
| Defendant(s). |  |

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act.  The case is currently set on the October 2005, criminal rotation calendar, but is now RESET for report at 9:00 a.m. on Wednesday, November 23, 2005, with trial to take place on the December, 2005, rotation calendar with the time excluded under the Speedy Trial Act through December 16, 2005.  Agreed in open court at report date this 23rd day of September, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-27-05

21

SO ORDERED this 23rd day of September, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE


_____
Assistant United States Attorney


_____


_____
Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in
case 2:05-CR-20237 was distributed by fax, mail, or direct printing on
September 27, 2005 to the parties listed.

---

C. Michael Robbins
ROBBINS LAW OFFICE
40 S. Main St.
Ste. 1540
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT